**DISMISS; and Opinion Filed April 22, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00254-CV

**JERRY RICKETTS AND
ALL INSURANCE MARKETING FINANCIAL, INC., Appellants
V.
WINDSOR PROPERTY AND SURETY, LLC AND WCM DIRECT, LLC, Appellees**

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-09149**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Lewis

Before the Court is the parties' joint motion to dismiss the appeal. The parties have

informed the Court that they have settled their differences. Accordingly, we grant the parties'

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Lewis/
DAVID LEWIS
JUSTICE

140254F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JERRY RICKETTS AND
ALL INSURANCE MARKETING
FINANCIAL, INC., Appellants

No. 05-14-00254-CV       V.

WINDSOR PROPERTY AND
SURETY, LLC AND
WCM DIRECT, LLC, Appellees

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-09149.
Opinion delivered by Justice Lewis.
Justices Fillmore and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 22nd day of April, 2014.

/David Lewis/

DAVID LEWIS
JUSTICE